## **EXHIBIT A**

| | |
|---|---|
| **Subject:** | Steven Gold V. Opera Solutions, LLC et al; 01-15-0004-2411 |
| **Date:** | Tuesday, November 8, 2016 at 11:21:55 AM Eastern Standard Time |
| **From:** | AAA Michele Gomez |
| **To:** | Andrew Goodstadt, Wiechmann, Eric |
| **CC:** | George Vallas, 'Hubbard, Tiffany', 'Wyatt, Joshua', 'Wantek, Kimberly' |
| **Attachments:** | imageb97b44.PNG |

Good Morning:

Please see the following from Judge Pratt:

"Respondents' motion to modify decision and final award is DENIED.  It is an attempt to reargue the merits of the decision and award, and does not involve  any clerical, typographical, technical, or computational error, which are the only errors that I may address at this time.  See Rule 40 of the AAA Employment Arbitration Rules.

SO ORDERED.
George C. Pratt
Arbitrator"

Regards,

Kristy Allison on behalf of

**AAA Michele Gomez**
**Manager of ADR Services**

American Arbitration Association
Labor, Employment & Elections
T: 401 431 4848  F: 401 435 6529  E: MicheleGomez@adr.org
950 Warren Ave., East Providence, RI 02914-1414
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.