Memo Endorsed



November 10, 2016

**VIA ECF**

Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007

Eric W. Wiechmann
Partner
T. 860-275-6731
F. 860-560-5911
ewiechmann@mccarter.com

McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3495
T. 860.275.6700
F. 860.724.3397
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

Re: Gold v. Opera Solutions, LLC, Case No. 1:16-cv-08121 (JPO)(JF)

Dear Judge Oetken:

We represent the Respondent Opera Solutions, LLC ("Opera Solutions") in the above referenced matter. We were unavailable yesterday to meaningfully participate in Petitioner Steven Gold's ("Gold") November 10, 2016 status report (ECF No. 11), and write to add Opera Solutions' position to Gold's report.

Gold correctly states that Judge Pratt has issued a decision on Opera Solutions' motion to modify the award which was filed in the AAA arbitration. Opera Solutions is in the process of evaluating its options for modification pursuant to 9 U.S.C. § 11 and expects that it could make such a filing by no later than Monday, November 21, 2016.

Respectfully submitted,

Eric W. Wiechmann

cc: Andrew Goodstadt, Esq. (via ECF)

> The stay entered on November 9, 2016, is hereby lifted.
> If Opera Solutions believes that it has nonfrivolous grounds for challenging the arbitration award under the Federal Arbitration Act, it shall file its opposition to the petition to confirm arbitration, along with any motion to vacate or modify, by November 21, 2016.
> So Ordered.
> Nov. 14, 2016

J. PAUL OETKEN
United States District Judge

ME1 23691298v.1