

ATTORNEYS AT LAW

*Glenn J. Williams* ❖◆☉■
*Kenneth Kaplan* ❖◆
*Brian Graffeo* ❖◆
*Diane Clark* ❖
*Meredith Marcus* ❖
*Lauren Jane Glozzy* ❖◆
*Joel Plainfield* ❖◆
*Thomas Ronckovitz* ❖+
*Nicholas Day* ❖☉+
*Michael Wechsler* ❖◆+
*Robert S. Roche* ❖+

**KAPLAN, WILLIAMS & GRAFFEO, LLC**
60 Washington Street
Courthouse Plaza, Suite 204
Morristown, New Jersey 07960
Tel: 973.200.6350   Fax: 908.566.0777
www.KaplanWilliams.com

New York Office:
462 Seventh Avenue, 12th Floor
New York, New York 10018

Hackettstown Office:
5 Chaucer Drive, Suite 100
Hackettstown, New Jersey 07840

❖Admitted New Jersey
◆Admitted New York
☉Admitted Pennsylvania
■Admitted US Supreme Court
+ Of Counsel

December 23, 2016

*Via ECF*
Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 1007

    Re:    <u>Steve Gold v. Opera Solutions, LLC</u>
             Case No. 1:16-cv-08121 (JPO)

Dear Judge Oetken:

      This firm represents Respondent Opera Solutions, LLC ("Respondent" or "Opera") in connection with the above captioned matter. In compliance with Your Honor's Order of December 15, 2016, Opera Solutions filed Opposition to Petitioner Steven Gold's ("Petitioner") Petition to Confirm Arbitration and a Motion to Modify the Arbitration Award on December 21, 2016. Shortly following Respondent's filing, Petitioner advised our firm of Respondent's indavertandent attachment of exhibits which allegedly contained "sensitive information" elicited throughout the Arbitration. In order to remedy said filing, and with consent of counsel, Respondent herein requests to withdraw Respondent's Motion to Modify without prejudice and to re-file said Motion with redacted versions of the exhibits.

      In light of the approaching holiday, and to comport with and address our continuing obligation to meet and confer to amicably resolve any disputes prior to bringing same to Your Honor's attention, both parites have agreed to the following: Petitioner will file Opposition, if any, to Opera's Motion to Modify on December 27, 2016; Opera will re-file their Opposition to Petitioner's Petition to Confirm Arbitration and Motion to Modify the Arbitration Award with redacted versions of the exhibits on December 28, 2016, and; Opera will file their Reply in further support of the Motion to Modify on January 3, 2017.

As always, the Court's time and consideration to this matter are greatly appreciated.

Respectfully Submitted,

**KAPLAN WILLIAMS GRAFFEO LLC**

*Brian P. Graffeo*

BRIAN P. GRAFFEO, ESQ.

cc: Andrew Goodstadt, Esq. (via ECF)