**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEVEN GOLD,<br><br>           Petitioner,<br><br>v.<br><br>OPERA SOLUTIONS, LLC,<br><br>           Respondent. | 16-cv-08121 (JPO)<br><br>**DECLARATION OF ANDREW S. GOODSTADT IN OPPOSITION TO RESPONDENT'S MOTION TO MODIFY THE AWARD AND IN FURTHER SUPPORT OF THE PETITION TO CONFIRM THE AWARD** |

I, ANDREW S. GOODSTADT, an attorney duly admitted to practice law before the Courts of the State of New York, and in the Southern District of New York, hereby declare under penalty of perjury that the following is true and correct in accordance with 28 U.S.C. §1746:

1. I am an attorney at Goodstadt Law Group, PLLC. My law firm represents Petitioner Steven Gold ( "Mr. Gold")  in the above-referenced action.

2. I submit this Declaration in Opposition to Respondent's Motion to Modify the Award and in Further Support of the Petition to Confirm The Award.

3. Attached hereto as **EXHIBIT A** is a true and correct copy of the Motion to Modify Decision and Award, made by Respondent Opera Solutions, LLC on November 2, 2016 before the American Arbitration Association.

4. Attached hereto as **EXHIBIT B** is a true and correct copy of the Decision of Judge George C. Pratt, dated November 8, 2016, denying Respondent's Motion to Modify Decision and Award.

5. Attached hereto as **EXHIBIT C** is a true and correct copy of selected pages from the transcript of the arbitration hearing between the parties hereto, dated July 28, 2016.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

New York, New York
December 26, 2016

_____
Andrew Goodstadt