## **EXHIBIT C**

```
 1

 2   AMERICAN ARBITRATION ASSOCIATION

 3   CASE NO. 01-15-0004-2411

 4   - - - - - - - - - - - - - - - - - - - - - - - -x

 5   STEVEN GOLD,

 6                              Claimant,

 7

              vs.

 8

 9   OPERA SOLUTIONS, LLC; and

10   ARNAB GUPTA, in his professional

11   and Individual capacities,

12                              Respondents.

13   - - - - - - - - - - - - - - - - - - - - - - - -x

14

15

16   BEFORE:   HONORABLE GEORGE C. PRATT

17                    New York, NY

18                Thursday, July 28, 2016

19                    10:01 a.m.

20

21   Reported By:

22   Amanda McCredo

23

24   Job No. 110595

25
```

```
                                              Page 518
 1                      Proceedings
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13              **Redacted**
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 519
 1                      Proceedings
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13              **Redacted**
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 520
 1                      Proceedings
 2
 3
 4
 5
 6
 7
 8
 9
10
11              **Redacted**
12
13
14
15
16
17
18
19
20     JUDGE PRATT:  Very good.
21        Given all that, I put the question to both
22     sides:  Do you feel you've had a fair opportunity
23     to present your client's cases?
24        MR. GOODSTADT:  For claimant, yes, I
25     believe we have, Your Honor.
```

```
                                              Page 521
 1                      Proceedings
 2        MR. WIECHMANN:  Respondent, also, believes
 3     that.
 4        JUDGE PRATT:  All right.  Then I have
 5     nothing further.  I'll await to hear from you in
 6     a week or so as to what your decision is, and we
 7     will proceed from there.  In the meantime, the
 8     matter is still open.
 9        MR. WIECHMANN:  Thank you.
10        MR. GOODSTADT:  Thank you, Your Honor.
11
12            (Time adjourned: 11:25 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```